UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-22922-KMM

WINDY LUCIUS,

    Plaintiff,
v.

BBRG GLADES ROAD TR, LLC
d/b/a Abe & Louie's Steakhouse restaurant and
TAVISTOCK RESTAURANTS, LLC

    Defendants.
_____/

### NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, WINDY LUCIUS, by and through the undersigned counsel, hereby notifies the Court that the Parties have reached an agreement in principle that resolves all claims that were or could have been brought in this action and are in the process of working on the Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines in this action and grant the Parties sixty (60) days to finalize their written Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Respectfully submitted on this November 30, 2022.

                                      By: */s/ J. Courtney Cunningham*
                                      J. Courtney Cunningham, Esq.
                                      FBN: 628166
                                      J. COURTNEY CUNNINGHAM, PLLC
                                      8950 SW 74th Court, Suite 2201
                                      Miami, Florida 33156
                                      T:  305-351-2014
                                      cc@cunninghampllc.com
                                      legal@cunninghampllc.com

                                      *Counsel for Plaintiff*

Lucius v. BBRG Glades Rd. et al<br>
Case No. 22-cv-22922-KMM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this November 30, 2022, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*