UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-22922-KMM

WINDY LUCIUS,

    Plaintiff,

v.

BBRG GLADES ROAD TR, LLC
d/b/a Abe & Louie's Steakhouse restaurant and
TAVISTOCK RESTAURANTS, LLC

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, WINDY LUCIUS, by and through the undersigned counsel, pursuant to Rule 41(a), Fed. R. Civ. P., hereby gives notice that she voluntarily dismisses this action with prejudice against, Defendants, BBRG GLADES ROAD TR, LLC ., d/b/a Abe & Louie's Steakhouse restaurant and TAVISTOCK RESTAURANTS, LLC, and respectfully requests this Court to terminate the action.

Respectfully submitted this December 2, 2022.

        By: */s/ J. Courtney Cunningham*
        J. Courtney Cunningham, Esq.
        Florida Bar No.: 628166
        J. COURTNEY CUNNINGHAM, PLLC
        8950 SW 74th Court, Suite 2201
        Miami, Florida 33156
        T: 305-351-2014
        cc@cunninghampllc.com
        legal@cunninghampllc.com

        *Counsel for Plaintiff*

Lucius v. BBRG Glades Rd. et al<br>
Case No. 22-cv-22922-KMM

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this December 2, 2022, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*
